IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10CV115-RLV-DSC

| | |
|---|---|
| SHORE_LINE CARPET SUPPLIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| HICKORY SPRINGS MANUFACTURING CO., et. al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**ORDER**

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Bernard Persky and Morissa R. Falk]" (documents ##14-15) filed August 25, 2010. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: August 26, 2010

David S. Cayer
United States Magistrate Judge